

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGELIO TORRES-BARBA,<br><br>　　　　　Defendant. | Criminal Case No. 08CR1266-DMS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

### Count 1

On or about _1998_, within the Southern District of California, defendant ROGELIO TORRES-BARBA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CPH:lg:San Diego
4/21/08

<pre>
 1                            Count 2
 2        On or about March 21, 2008, within the Southern District of
 3   California, defendant ROGELIO TORRES-BARBA, being an alien, unlawfully
 4   entered or attempted to enter the United States at a time and place
 5   other than as designated by immigration officers, and eluded
 6   examination and inspection by immigration officers, and attempted to
 7   enter or obtained entry to the United States by a willfully false or
 8   misleading representation or the willful concealment of a material
 9   fact and previously committed the offense of illegal entry, as alleged
10   in Count 1; all in violation of Title 8, United States Code,
11   Section 1325, a felony.
12        DATED: April 22, 2008 .
13                                    KAREN P. HEWITT
                                      United States Attorney
14
15
16                                    CAROLINE P. HAN
                                      Assistant U.S. Attorney
17
</pre>