**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Torres-Barba

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1266-DMS |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **ROBELIO TORRES-BARBA,** | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned replacing Carey D. Gorden.

Respectfully submitted,

Dated: June 19, 2008
                                            *s/ Bridget Kennedy*
                                            Federal Defenders of San Diego, Inc.
                                            *bridget_kennedy@fd.org*